# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Barrett,<br><br>    Plaintiff,<br><br>v.<br><br>Professional Towing and Recovery LLC,<br><br>    Defendant. | No. CV-23-02025-PHX-ROS<br><br>**ORDER** |

A Stipulation of Entry of Dismissal (Doc. 36) having been filed,

**IT IS ORDERED** the Stipulation of Entry of Dismissal (Doc. 36) is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** the Interim Status Conference set on August 13, 2025, at 10:00 a.m., is **VACATED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 17th day of June, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge